IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONNIE JACKSON,

      Plaintiff,

v.                         Case No. 1:17cv103-MW/CAS

GARY MILLER, Acting Warden,

      Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 25, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 27. Accordingly

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. This case, including any service copies and pending motions, is transferred to the United States District Court for the Middle District of Florida, Ocala Division, for all further proceedings. The motion to dismiss, ECF No. 23 is **DENIED** as moot. The Clerk must take all necessary steps to effect the transfer and close the file.

**SO ORDERED on September 21, 2017.**

                                        **s/ MARK E. WALKER**
                                        **United States District Judge**